

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE ANGLADE**
*Assistant Corporation Counsel*
(212) 356-2432
danglade@law.nyc.gov

March 5, 2024

**By ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re:   Dalmau v. City of New York
No. 22-CV-06326 (DG) (JAM)

Dear Judge Marutollo:

I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York for the defendant City of New York in the above-referenced matter. Defendant writes, on behalf of the parties, in accordance with the Court's Order, to file a status report regarding whether they are amenable to a settlement conference.  See Minute Entry Order dated March 2, 2024.  The parties are amendable to a settlement conference.  The parties request that a settlement conference be scheduled for a date after April 5, 2024.

The parties thank the Court for its continued attention to this matter.

Respectfully submitted,

_____/s/_____
Dominique Anglade
Assistant Corporation Counsel

cc:   Steven Warshawsky (via ECF)
The Warshawsky Law Firm
Attorneys for Plaintiff