

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE ANGLADE**
*Assistant Corporation Counsel*
(212) 356-2432
danglade@law.nyc.gov

June 4, 2024

**By ECF**
Honorable Diane Gujarati
United States District Judge
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

       Re: <u>Dalmau v. City of New York</u>
         No. 22-CV-06326 (DG) (JAM)

Dear Judge Gujarati:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York for the defendant City of New York in the above-referenced matter. Defendant writes, on behalf of the parties in accordance with the Court's Order, to file a joint letter stating whether the parties are interested in scheduling another settlement conference. <u>See</u> Minute Entry Order dated May 28, 2024. The parties have conferred and opt to continue settlement discussions without additional court intervention. If the parties require further assistance from the Court to help facilitate a settlement, we will notify the Court. Additionally, the parties are requesting that the Court set deadlines for Defendant's anticipated motion for summary judgment.

  The parties thank the Court for its continued attention to this matter.

              Respectfully submitted,

              /s/
              Dominique Anglade
              Assistant Corporation Counsel

cc: Steven Warshawsky (via ECF)
   The Warshawsky Law Firm
   Attorneys for Plaintiff