UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GABRIEL F. DALMAU,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK,

                                        Defendant.

------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

No. 22-CV-06326 (DG) (JAM)

       **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Gabriel F. Dalmau and Defendant City of New York, as represented by their attorneys below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action against Defendant is hereby withdrawn, discontinued, and dismissed with prejudice by Plaintiff.

Dated:    New York, New York
            September 3, 2025

| | |
|---|---|
| **THE WARSHAWSKY LAW FIRM,** <br> Attorneys for Plaintiff <br> 118 North Bedford Road, Suite 100 <br> Mt. Kisco, New York 10549 <br> (914) 864-3353 <br> smw@warshawskylawfirm.com <br><br> By: _/s/ Steven M. Warshawsky_ <br> Steven M. Warshawsky | **MURIEL GOODE-TRUFANT** <br> Corporation Counsel of the <br>  City of New York <br> Attorney for Defendant <br> 100 Church Street, Rm. 2-144 <br> New York, New York 10007 <br> (212) 356-2432 <br> danglade@law.nyc.gov <br><br> By: _/s/ Dominique Anglade_ <br> Dominique Anglade <br> Assistant Corporation Counsel |